IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Angie L. Stowe, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-cv-34 |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| Michael J. Astrue, Social Security | ) | **RECOMMENDATIONS** |
| Administration Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Angie L. Stowe initiated this action, seeking judicial review of a final unfavorable decision of the Commissioner of Social Security ("Commissioner).  The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's Motion for Summary Judgment be denied; Plaintiff's Motion to Remand be denied; the Commissioner's Motion for Summary Judgment be granted; and the Commissioner's decision be affirmed (Doc. #24).  Neither party filed objections to the Report and Recommendation within the time prescribed by Fed.R.Civ.P. 72(b) and Local Rule 72.1(D)(3).

After carefully reviewing the Report and Recommendation, along with the entire file, the Court agrees with the Magistrate Judge's analysis and recommendations.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, Plaintiff's Motion for Summary Judgment (Doc. #11) is **DENIED**; Plaintiff's Motion to Remand (Doc. #14) is **DENIED**; the Commissioner's Motion for Summary Judgment (Doc. #15) is

**GRANTED**; and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 9th day of April, 2010.

>                         */s/   Ralph R. Erickson*
>                         Ralph R. Erickson, Chief Judge
>                         United States District Court